EXHIBIT   E

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| THE OLIVIER FAMILY INTERESTS, LTD )<br>    et al                                      )<br>                                                )<br>                   Plaintiffs.  )<br>v.                                              )<br>                                                )<br>RUSSELL WRIGHT, et al            )<br>                 Defendants.  ) | Case No. 08-3075-CV-S-JCE |

## NOTICE OF APPEAL

Notice is hereby given that RUSSELL WRIGHT and MICHAEL BOGART, Defendants in the above named case, hereby appeal to the United States Court of Appeal for the 8th Circuit from the final judgment entered in this action on the 30th day of May, 2012.

Respectfully submitted.

BY: /s/ Jack N. Brill II
Jack N. Brill II
8215 Goldfinch
Neosho, MO 64850
Ph. (417) 825-5713
Fx. (918) 919-6100
Attorney for Defendant
Michael Bogart

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system this 30th day of June, 2012, to the following:

A. James Lynn
6280 Walling Lane
Dallas, Texas 75202

Wallace Squibb
3840 S. Cox Ave.
Ste. F102
Springfield, MO 65808

Bruce Galloway
107 N. 2nd Street
Ozark, MO 65721

Christopher Hohn
Matthew Guletz
One U.S. Bank Plaza
St. Louis, MO 63101

BGI Limited Company
c/o David L. Wieland
Wieland & Condry, LLC
1548 E. Primrose
Springfield, MO 65804

/s/ Jack Brill II

# EXHIBIT F

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

———————

No: 12-2573

———————

Olivier Family Interests, LTD; GBS International, L.L.C.

Plaintiffs - Appellees

v.

Russell Wright, Deceased; Michael Bogart

Defendants - Appellants

Doris Wright, Personal representative of Russell Wright

Appellant

Robert Feeney; Stoam Holding, LLC; Doris Wright; Certain Other Unnamed Defendants; KMA Trust; Russell Wright; JJA Trust; Patrick Clawson; Russell Wright, doing business as MLO Consulting; Russell Wright, doing business as Bluegrass Holdings; Russell Wright, doing business as Penny Investments; Doris Wright, Trustee of the Doris E. Wright Living Trust; Joseph P. Wright; Don Wood; Elana Bogart; Jerry Lahr, doing business as Penny Investments; Jerry Lahr, Trustee of the KMA Trust; Jacqueline Demer; Stoam Industries, LLC; Development Systems, LLC; Financial Freedom Associates, LLC; Michael David Beiter; Donna Beiter; Joel Ceballos; Jason Peterson; G. D. Jalil; Bank of America, NA; Wild Rose Estates, LLC; BGI Limited Company, LLC

Defendants

No: 12-3021

Olivier Family Interests, LTD; GBS International, L.L.C.

Plaintiffs - Appellees

v.

Russell Wright; Michael Bogart; Robert Feeney; Stoam Holding, LLC; Doris Wright; Certain Other Unnamed Defendants; KMA Trust; Russell Wright; JJA Trust; Patrick Clawson; Russell Wright, doing business as MLO Consulting; Russell Wright, doing business as Bluegrass Holdings; Russell Wright, doing business as Penny Investments; Doris Wright, Trustee of the Doris E. Wright Living Trust

Defendants

Joseph P. Wright

Defendant - Appellant

Don Wood; Elana Bogart; Jerry Lahr, doing business as Penny Investments; Jerry Lahr, Trustee of the KMA Trust; Jacqueline Demer; Stoam Industries, LLC; Development Systems, LLC; Financial Freedom Associates, LLC; Michael David Beiter; Donna Beiter; Joel Ceballos; Jason Peterson; G. D. Jalil; Bank of America, NA; Wild Rose Estates, LLC; BGI Limited Company, LLC

Defendants

No: 12-3024

Olivier Family Interests, LTD; GBS International, L.L.C.

Plaintiffs - Appellees

v.

Russell Wright; Michael Bogart; Robert Feeney; Stoam Holding, LLC; Doris Wright; Certain Other Unnamed Defendants; KMA Trust; Russell Wright; JJA Trust; Patrick Clawson; Russell Wright, doing business as MLO Consulting; Russell Wright, doing business as Bluegrass Holdings; Russell Wright, doing business as Penny Investments; Doris Wright, Trustee of the Doris E. Wright Living Trust; Joseph P. Wright

Defendants

Don Wood

Defendant - Appellant

Elana Bogart; Jerry Lahr, doing business as Penny Investments; Jerry Lahr, Trustee of the KMA Trust; Jacqueline Demer; Stoam Industries, LLC; Development Systems, LLC; Financial Freedom Associates, LLC; Michael David Beiter; Donna Beiter; Joel Ceballos; Jason Peterson; G. D. Jalil; Bank of America, NA; Wild Rose Estates, LLC; BGI Limited Company, LLC

Defendants

Appeals from U.S. District Court for the Western District of Missouri - Springfield
(6:08-cv-03075-DW)
(6:08-cv-03075-DW)

**JUDGMENT**

These appeals from the United States District Court were submitted on the records of the district court and briefs of the parties.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in these causes is affirmed in accordance with the opinion of this Court.

August 27, 2013

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　　/s/ Michael E. Gans