# MOTION FOR EXTENSION OF TIME

Case Number: 14-34665-RBR     Adversary Number: 15-01099-RBR

In re:

Name of Debtor(s): Michael Joseph Bogart
-------------------------------------------------------,

Olivier Family Interests, LTD.

Plaintiff(s)

VS.

Michael Joseph Bogart

Defendant(s)
-------------------------------------------------------,

**Attention: United States Bankruptcy Court
Southern District of Florida**

FIRST NOTICE OF FILING THE REQUEST FOR EXTENSION OF TIME
TO FILE A MOTION OR ANSWER TO THE COMPLAINT

I, **Michael Joseph Bogart** do not have legal counsel. Therefore, I am requesting an extension of time for 30 days so that I may find an attorney to represent me in Adversary Proceeding that was filed against me on February 10, 2015. I am requesting this also due to financial hardship which makes it very difficult obtaining an attorney in this matter.

Michael Joseph Bogart                    Date: March 10, 2015

*/s/ Michael Bogart*

## CERTIFICATE OF SERVICE

I, Michael Bogart, certify that the service of this motion for extension of time was made on March 10th, 2015 and was sent to Plaintiff(s) attorney by regular first class United States mail:

Brian S. Behar, Esquire
2999 N.E. 191 st Street, Fifth Floor
Aventura, FL 33180

_MAR 10 / 2015_
Date

_[signature]_
Signature