

**ORDERED in the Southern District of Florida on April 15, 2015.**

_____
Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

MICHAEL JOSEPH BOGART

    Debtor
_____/

OLIVIER FAMILY INTERESTS LTD.

    Plaintiff

v.

MICHAEL JOSEPH BOGART

    Defendant
_____/

CASE NO.: 14-34665-RBR

Chapter 7  Proceeding

Adv. Proc. No. 15-01099-RBR

### ORDER ON PRETRIAL CONFERENCE

**THIS MATTER**, having come before the Court on April 14, 2015, at 9:30 a.m., on the regularly scheduled pretrial conference, and the Court noting that counsel for the Defendant did not appear, and the Court after due deliberation and sufficient cause appearing therefore, it is hereby:

-2-

**ORDERED**, that the pretrial conference shall be continued to **May 12, 2015 at 9:30 a.m.**, at 299 E. Broward Boulevard, Courtroom 308, Fort Lauderdale, Florida 33301; and it is further

**ORDERED**, that the Court considered the Debtor's Motion for Extension of Time (CP #11), and the Defendant shall have ten (10) days from the date of this Order to file and serve a responsive pleading to the Complaint. This will be the final extension granted to the Defendant. Failure by the Defendant to file and serve a responsive pleading by the time set in this Order shall entitle the Plaintiff to file a Motion for Default and Default Final Judgment against the Defendant; and it is further

**ORDERED**, that the deadlines set forth in Paragraphs 2 (disclosures), 3 (discovery), 4 (joint pretrial stipulation), and 7 (documents required before trial) of this Court's Order Setting Filing and Disclosure Requirements for Pretrial and Trial (the "Deadline Order") shall be calculated based on the Continued Pretrial Conference Date. The deadlines set forth in Paragraphs 1(a) (right to jury trial; waiver), 1(b) (objection to entry of final Orders and judgments by the Bankruptcy Court; consent), and 10 (dispositive Motions) of the Deadline Order are not extended by this Order.

###

Submitted by:

Brian S. Behar, Esquire
bsb@bgglaw.com
Behar, Gutt & Glazer, P.A.
2999 N.E. 191st Street, 5th Floor
Aventura, Florida 33180
Telephone: (305) 931-3771

Copies submitted to:

Attorney Brian S. Behar is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt of this Order and file a Certificate of Service regarding same.