UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

MICHAEL JOSEPH BOGART                    CASE NO.:    14-34665-RBR

    Debtor                                                    Chapter 7 Proceeding
_____/

OLIVIER FAMILY INTERESTS, LTD.

    Plaintiff

v.                                                                          Adv. Proc. No.:  15-01099-RBR

MICHAEL JOSEPH BOGART

    Defendant
_____/

## ANSWER TO COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF JUDGMENT DEBT

COMES NOW, Defendant Debtor, MICHAEL JOSEPH BOGART, ("Defendant") by and through his undersigned counsel, and hereby files this ANSWER TO COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF JUDGMENT DEBT and would state as follows:

1. Defendant Admits Paragraph One.
2. Defendant Admits Paragraph Two.
3. Defendant Admits that this Court has Jurisdiction over this proceeding
4. Defendant Admits that this Venue is proper.
5. Defendant Denies paragraph five, demands proof thereof and Denies that any relief is proper under Section 523(a)(2)(A) of the Bankruptcy Code, and Rule 7001 of the Federal Rules of Bankruptcy Procedure ("FRBP").
6. Defendant Admits Paragraph Six.
7. Defendant Admits the timeline in Paragraph Seven.
8. Defendant Admits the filing of Olivier Family Interests, Ltd., et al. v. Russell Wright, et al., Case No. 08-3075-CV-S-DW in Paragraph Seven.

BOGART - ANSWER TO COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF JUDGMENT DEBT
**The Law Office of Eric Scott Brumfield, Esq.** 7270 NW 12th St Suite 555, Miami, Florida 33126
Phone 305.406.3490 Fax 305.406.3489 Service@LawESB.com

1

9. Defendant Denies the allegations in Paragraph Nine and demands proof thereof.
10. Defendant Denies the allegations in Paragraph Ten and demands proof thereof.
11. Defendant Admits Paragraph Eleven.
12. Defendant Admits Paragraph Twelve.
13. Defendant Admits Paragraph Thirteen only as to the Jury Instructions.
14. Defendant Admits Paragraph Fourteen only as to the Jury Verdict but Contests his Guilt.
15. Defendant Admits Paragraph Fifteen only as to the Judgment entered but Contests his owing this Debt.
16. Defendant Admits Paragraph Sixteen.
17. Defendant Admits Paragraph Seventeen.
18. Defendant Admits Paragraph Eighteen.
19. Defendant is without knowledge of Paragraph Nineteen.
20. Defendant Admits the Judgment in Paragraph Twenty, but Contests owing this Debt.
21. Defendant Admits Paragraph Twenty One.
22. Defendant Denies Paragraph Twenty Two, demands proof thereof and Contends that he still has avenues of relief to utilize to overturn this Judgment and allow him relief from this Judgment.
23. Defendant Denies Paragraph Twenty Three and demands proof thereof.
24. Defendant Denies that he obtained monies by false pretenses, by false representation, and/or by actual fraud, demands proof thereof and Contends that he still has avenues of relief to utilize to overturn this Judgment and allow him relief from this Judgment.
25. Defendant Denies Paragraph Twenty Five and demands proof thereof.
26. Defendant Admits Paragraph Twenty Six.
27. Defendant Denies Paragraph Twenty Seven, demands proof thereof as he Contends that he still has avenues of relief to utilize to overturn this Judgment and allow him relief from this Judgment.
28. Defendant Denies Paragraph Twenty Eight, demands proof thereof and Denies that he committed willful and malicious injury to Plaintiff and States that this is

BOGART - ANSWER TO COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF JUDGMENT DEBT
**The Law Office of Eric Scott Brumfield, Esq.** 7270 NW 12th St Suite 555, Miami, Florida 33126
Phone 305.406.3490 Fax 305.406.3489 Service@LawESB.com

2

not reflected in the Jury Verdict and Contends that he still has avenues of relief to utilize to overturn this Judgment and allow him relief from this Judgment.

29. Defendant Denies Paragraph Twenty Nine, demands proof thereof and Denies that he committed willful and malicious injury to Plaintiff and States that this is not reflected in the Jury Verdict and Contends that he still has avenues of relief to utilize to overturn this Judgment and allow him relief from this Judgment.

30. Defendant Denies Paragraph Thirty, demands proof thereof and Denies that he committed willful and malicious injury to Plaintiff and States that this is not reflected in the Jury Verdict and Contends that he still has avenues of relief to utilize to overturn this Judgment and allow him relief from this Judgment.

## AFFIRMATIVE DEFENSES

1. Defendant is filing a motion in Olivier Family Interests, Ltd., et al. v. Russell Wright, et al., Case No. 08-3075-CV-S-DW to have the Judgment over turned because Defendant alleges that the Judgment was obtained by Fraud.

2. Defendant Denies that he committed fraud or willful and malicious injury to Plaintiff.

Respectfully Submitted,

The Law Office of Eric Scott Brumfield, Esq.
AET II, 7270 NW 12 Street, Suite 555
Miami, FL 33126
Telephone:      305.406.3490
Fax Number:   305.406.3489
ESB@lawesb.com
Service@lawesb.com

By:    *Eric Scott Brumfield, Esq.*
       Eric Scott Brumfield, Esquire
       Fla. Bar No.: 90535
       Attorney for Defendant

BOGART - ANSWER TO COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF JUDGMENT DEBT
**The Law Office of Eric Scott Brumfield, Esq.** 7270 NW 12th St Suite 555, Miami, Florida 33126
Phone 305.406.3490 Fax 305.406.3489 Service@LawESB.com

3